The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR17-220-RAJ |
|---|---|
| Plaintiff, | ORDER FOR DEFENDANT TO PAY RESTITUTION |
| v. | |
| DENNIE DENG, | |
| Defendant. | |

The Court, having found that in conjunction with the defendant's acceptance into the District's Drug Reentry Alternative Model ("DREAM") program, defendant Dennie Deng ("Defendant") signed a plea agreement, dated January 17, 2018, in which Defendant agreed to pay restitution in the amount to be determined; that the correct amount of total restitution, based on the parties' review of evidence, is $29,491.98, with $15,998.74 to Bank of America, $2,320.00 to Wells Fargo Bank, $958.75 to JP Morgan Chase Bank, and $10,214.49 to Allstate Insurance; that said restitution is due and payable immediately; and that Defendant agreed to commence payment of restitution pursuant to a schedule established by the U.S. Probation,

IT IS HEREBY ORDERED that Defendant shall make restitution payments to the aforementioned victims as directed by the U.S. Probation Office during Defendant's participation in the DREAM program with any remaining balance due and payable at

ORDER FOR DEFENDANT TO PAY RESTITUTION
UNITED STATES v. DENG (CR17-220-RAJ) -1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

such time as Defendant successfully completes the DREAM program or is terminated from such program. Any unpaid amount is to be paid during Defendant's participation in the DREAM program, to the extent of being financially able, in monthly installments as determined and directed by U.S. Probation. Interest on the restitution shall be waived. All payments shall be made to the United States District Court for the Western District of Washington, with the Clerk forwarding money received to the victims.

IT IS ALSO ORDERED that Defendant begin making restitution payments as outlined above immediately.

DATED this 9th day of November, 2018.

_____
The Honorable Richard A. Jones
United States District Judge
Western District of Washington
DREAM Judicial Officer

Presented by:

*/s/ Mark Parrent*_____
MARK PARRENT
Assistant United States Attorney

Agreed as to form:

*/s/ Jennifer Wellman*_____
JENNIFER WELLMAN
Counsel for Defendant

ORDER FOR DEFENDANT TO PAY RESTITUTION
UNITED STATES v. DENG (CR17-220-RAJ) -2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970